No. 8606. STATE EX REL. ELI S. ADKINS, RELATOR, v. DISTRICT COURT OF THE 5TH JUDICIAL DISTRICT, MADICON COUNTY, ET AL., DEFENDANTS AND RESPONDENTS.

Decided June 13, 1945.

Ex parte application and petition for a writ of supervisory control was presented in open court this day by attorney for relator, Ralph J. Anderson, Esq.

The matter was taken under advisement, and subsequently it is hereby ordered that the writ prayed for be denied. By order of the court·

For Relator, *Mr. Frank E. Blair,* of Virginia City, Montana; *Mr. Ralph J. Anderson,* of Helena, Montana.